FILED

MAR 1 1 2020

Clerk, US District Court
District of Montana - Billings

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE RESIDENCE OF BO AND LISA FISH DESCRIBED AS 2793 N. 26TH ROAD WORDEN MT | MJ-    -BLG-TJC<br>20-22<br><br>ORDER |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including

the Application for a Search Warrant, Search Warrant, and Affidavit in support of

Search Warrant and attachments filed herein, are SEALED.  The Search Warrant is

unsealed for the limited purpose of permitting the Affiant to comply with

execution of the Search Warrant, pursuant to Fed. R. Crim. P. Rule 41(f).

IT IS FURTHER ORDERED that this case is unsealed for the limited

purposes of providing copies of documents in discovery, upon initial appearance

on an Indictment by any defendant related to this search warrant and

service/receipt of request for discovery by defense counsel, pursuant to Fed. R.

Crim. P. 16.

DATED this ⟨⟨ day of March, 2020.

Hon. Timothy J. Cavan
United States Magistrate Judge